I HEREBY CERTIFY THAT THIS DOCUMENT WAS SERVED BY FIRST CLASS MAIL, POSTAGE PREPAID, TO ~~ALL COUNSEL~~ Petr w/ 3/6/14 (OR PARTIES) AT THEIR RESPECTIVE MOST RECENT ADDRESS OF Order RECORD IN THIS ACTION ON THIS DATE.
DATED: 5-09-14

DEPUTY CLERK

FILED
CLERK, U.S. DISTRICT COURT
MAY - 9 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                         DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| TAVAION SOWELL,<br>  Petitioner,<br>v.<br>ELVIN VALENZUELA,<br>  Respondent. | Case No. CV 14-01547-CAS (DFM)<br><br>ORDER TO SHOW CAUSE RE: DISMISSAL |

On March 6, 2014, this Court issued an Order Dismissing Petition with Leave to Amend ("Order"). The Order directed Petitioner to file a First Amended Petition within 35 days, or no later than April 10, 2014. This deadline has now elapsed and no First Amended Petition has been filed. Nor has Petitioner filed any request for an extension of the deadline to do so. The Court has checked the CDCR's inmate locator and learned that Petitioner has been transferred to an out-of-state correctional facility in Sayre, Oklahoma. The Court's records do not reflect any change of address filed by Petitioner.

Central District Local Rule 41-6 requires Petitioner to keep the Court apprised of his current address and warns that the Court may dismiss an action for want of prosecution if a party fails to notify the Court in writing of his

current address. Petitioner was notified of this requirement upon filing of his original Petition with this Court.

Despite being on notice of what Local Rule 41-6 provides, Petitioner has failed to notify the Court of his current address. Moreover, perhaps because he has not received the Court's Order, Petitioner has failed to file a timely First Amended Petition.

IT IS THEREFORE ORDERED that Petitioner show cause within twenty-one (21) days of the date of this order why his action should not be dismissed without prejudice for failure to comply with Local Rule 41-6 and/or for failure to prosecute. Notice to the Court of a current address <u>and</u> the filing of a First Amended Petition shall be deemed a sufficient response to this order. If Petitioner does not timely comply with this Court's order to show cause, the Court will recommend that the action be dismissed without prejudice for Petitioner's failure to prosecute. The Clerk is directed to serve by U.S. Mail a copy of this Order along with the March 6, 2014 Order on both Petitioner's address of record and the address shown by the CDCR's inmate locator.

Dated: May 9, 2014

DOUGLAS F. McCORMICK
United States Magistrate Judge